IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MAX MOUSSAZADEH, } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. G-07-574 |
| } | |
| TEXAS DEPARTMENT OF CRIMINAL } | |
| JUSTICE, *et al.*, } | |
| Defendants. } | |

ORDER

The motions of Attorneys David P. Palmer (Docket Entry No.84) and William Scott Croft (Docket Entry No.96) to withdraw as plaintiff's counsel from this pending case are GRANTED. Plaintiff's motion for Attorney Eric C. Rassbach to appear *pro hac vice* on plaintiff's behalf (Docket Entry No.94) is also GRANTED.

The Clerk shall deliver a copy of this Order to the parties.

SIGNED at Houston, Texas, this 12th day of March, 2008.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE