IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **MAX MOUSSAZADEH,** § | |
| *Plaintiff,* § | |
| § | |
| *v.* § | Civil Action No. 3:07-CV-574 |
| § | |
| **TEXAS DEPARTMENT OF CRIMINAL** § | |
| **JUSTICE,** *et al.*, § | |
| *Defendants.* § | |

**JOINT STIPULATION OF RULE 41(a) DISMISSAL**

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Plaintiff Max Moussazadeh and Defendants Texas Department of Criminal Justice ("TDCJ"), Brad Livingston, and David Sweeten respectfully submit this joint stipulation of dismissal pursuant to Rule 41(a). Mr. Moussazadeh dismisses his claims in this lawsuit. Defendants have stipulated to the dismissal.

1

DATED: January 8, 2016

                Respectfully submitted,

                */s/ Anne W. Robinson*
                Anne W. Robinson (Attorney-In-Charge)
                Matthew T. Murchison
                Admitted *Pro Hac Vice*
                LATHAM & WATKINS LLP
                555 11th Street, NW, Suite 1000
                Washington, DC 20004
                Tel: 202-637-2200
                Fax: 202-637-2201
                anne.robinson@lw.com
                matthew.murchison@lw.com

                */s/ Luke Goodrich*
                Eric Rassbach
                Texas Bar No. 24013375
                Luke Goodrich
                Admitted *Pro Hac Vice*
                THE BECKET FUND FOR RELIGIOUS LIBERTY
                3000 K Street, NW, Suite 220
                Washington, DC 20007
                Tel: 202-955-0095
                Fax: 202-955-0090
                erassbach@becketfund.org
                lgoodrich@becketfund.org

                *Attorneys for Plaintiff Max Moussazadeh*

Ken Paxton
Attorney General of Texas

Charles E. Roy
First Assistant Attorney General

James E. Davis
Deputy Attorney General for Civil Litigation

Karen D. Matlock
Assistant Attorney General
Chief, Law Enforcement Defense Division

 */s/ Celamaine Cunniff*
Celamaine Cunniff
Attorney-In-Charge
Assistant Attorney General
Attorney General's Office
State Bar No. 05231500
Southern Dist. ID No. 30920

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
Tel: 512.463-2080
Fax: 512.495-9139
cela.cunniff@texasattorneygeneral.gov

*Attorneys for Defendants Texas Department of Criminal Justice, Livingston and Sweeten*

## NOTICE OF ELECTRONIC FILING

I, Anne W. Robinson, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and forgoing document in accordance with the Electronic Case Filing System of the Southern District of Texas, on January 8, 2016.

 */s/ Anne W. Robinson*
Anne W. Robinson

## CERTIFICATE OF SERVICE

  I, Anne W. Robinson, do hereby certify that a true and correct copy of the above and foregoing document has been served on all attorneys of record, via the Electronic Case Filing System of the Southern District of Texas, on January 8, 2016.

                */s/ Anne W. Robinson*
                Anne W. Robinson